IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MISSISSIPPI STATE DEMOCRATIC PARTY,
AND MISSISSIPPI STATE DEMOCRATIC
PARTY EXECUTIVE COMMITTEE,**                           **PLAINTIFFS,**

**VS.**                           **CIVIL ACTION NO. 4:06CV29-P-B**

**HALEY BARBOUR, GOVERNOR; JIM HOOD,
ATTORNEY GENERAL; ERIC CLARK, SECRETARY
OF STATE, IN THEIR OFFICIAL CAPACITIES
AS MEMBERS OF THE MISSISSIPPI BOARD OF
ELECTION COMMISSIONERS,**                           **DEFENDANTS.**

## ORDER

These matters come before the court upon the NAACP's motion to stay ruling pending appeal [69] and supplemental motion to stay pending appeal [82] and Jim Hood's motion to stay ruling pending appeal [74]. After due consideration of the motions, the court finds that they should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the NAACP's motion to stay ruling pending appeal [69] and supplemental motion to stay pending appeal [82] and Jim Hood's motion to stay ruling pending appeal [74] are **DENIED**.

**SO ORDERED** this the 15th day of November, A.D., 2007.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE